STATE v. PASSARELLA

No. 6.

Case below: 23 N.C. App. 522.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 December 1974.

STATE v. PERRY

No. 116.

Case below: 23 N.C. App. 190.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 December 1974.

TODD v. CREECH

No. 126 PC.

Case below: 23 N.C. App. 537.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.